IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| LLOYD MICHAEL HAMILTON, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:22-CV-00001 |
| | § | |
| CONOCOPHILLIPS COMPANY, and BURLINGTON RESOURCES OIL & GAS COMPANY, LP, | § | |
| | § | |
| *Defendants.* | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties jointly stipulate to the dismissal of this case without prejudice with all parties to bear their own costs and attorneys' fees with the following explanation, agreed terms and conditions.

The attorneys in charge for the parties have been conferring in preparing for the submission of a joint pretrial order, which currently is due June 8, 2023.

The Court previously denied Plaintiff's request for a temporary restraining order to enjoin work on Pad 2 as shown on Exhibits 3, 4, 5, and 6 to the First Amended Complaint. Doc 9 (Plaintiff's First Amended Complaint); Doc 10-1 (Ex. 3 to First Amended Complaint); Doc 10-2 (Ex. 4 to First Amended Complaint); Doc 10-3 (Ex. 5 to First Amended Complaint); and Doc 10-4 (Ex. 6 to First Amended Complaint).

Defendants proceeded to build and finish Pad 2 and drill and complete oil and gas wells with all related activities now completed on Pad 2.

In the course of conferring on contested issues remaining for trial, the attorneys in charge

for the parties agreed that the only issue remaining for trial is Plaintiff's request for a forward-looking injunction to protect area of the Hamilton Valley View Ranch as shown inside of the red outline on Exhibits 3, 4, 5, and 6 to the First Amended Complaint. Doc 9 (Plaintiff's First Amended Complaint); Doc 10-1 (Ex. 3 to First Amended Complaint); Doc 10-2 (Ex. 4 to First Amended Complaint); Doc 10-3 (Ex. 5 to First Amended Complaint); and Doc 10-4 (Ex. 6 to First Amended Complaint).

In light of that prior ruling denying the temporary restraining order and the completion of work on Pad 2, Defendants state that they do not plan to engage in any further land clearing, brush clearing, or construction of pads, roads, or pipelines, or seismic activities inside of the area shown as the red outlined area in Exhibits 3, 4, 5, and 6, until at least year 2029 (except for maintenance and pipelines planned for 2026-27 along the far western edge of this area, running north-south, to support existing Pad 1).

Thus, the threat, if any, to the endangered species at issue in this case, the jaguarundi, is not "imminent." Therefore, at this time, there is not presented for trial a "non-speculative, imminent danger that can support injunctive relief." *See City of Los Angeles v. Lyons*, 461 U.S. 95, 103, 103 S.Ct. 1660, 75 L.Ed.2d 675 (1983) ('[P]ast wrongs do not in themselves amount to that real and immediate threat of injury necessary to [obtain prospective remedies].')." *Garey v. James S. Farrin, P.C.*, 35 F.4th 917, 923 (4th Cir. 2022).

Defendants agree to provide notice to Mr. Hamilton and his attorney Jeff Mundy, or if they are not alive, their heirs, successors, or representatives, at least six months in advance before beginning any land clearing, brush clearing, or construction of pads, roads, or pipelines, or seismic activities inside of the contested area as shown in Exhibits 3, 4, 5, and 6.

This notice requirement does not apply to work or activities outside of the red outlined area including, but not limited to, on Pads 1, 3, 4, or 5 as shown on Exhibits 3, 4, 5, and 6.

Therefore, this case is dismissed by agreement without prejudice to refiling subject to these terms and conditions with the agreement that this dismissal shall not act as a bar to future refiling nor act as an adjudication on the merits nor have any issue preclusion.

AGREED AS TO FORM AND SUBSTANCE:

Jeffery Mundy
Texas State Bar No. 14665575
S.D. Tex./Federal Bar No. 10632
The Mundy Firm PLLC
4131 Spicewood Spring Road, Suite O3
Austin, Texas 78759
(512) 334-4300
jeff@jmundy.com
ATTORNEY IN CHARGE FOR
LLOYD MICHAEL HAMILTON

Respectfully submitted,

HAYNES BOONE, LLP

Michael J. Mazzone
Federal I.D. No. 4267
State Bar No. 13313000
michael.mazzone@haynesboone.com
1221 McKinney, Suite 4000
Houston, Texas 77010
Telephone: (713) 547-2115
Facsimile: (713) 236-5662

ATTORNEY-IN-CHARGE FOR
DEFENDANTS CONOCOPHILLIPS CO.
AND BURLINGTON RESOURCES OIL
& GAS CO. LP

OF COUNSEL:

Baker Botts, LLP
Scott Janoe
Federal I.D. No. 27577
Texas Bar No. 24012897
910 Louisiana Street
Suite 3200
Houston, Texas 77002
Scott.janoe@bakerbotts.com

Cullen, Carsner, Seerden & Cullen LLP
Kevin D. Cullen
Federal I.D. No. 957
State Bar No. 05208625
119 S. Main Street
Victoria, Texas 77901
Telephone 361-573-6318
Kcullen@cullenlawfirm.com

HAYNES BOONE, LLP
Mini Kapoor
Federal I.D. No. 1692359
Texas Bar No. 24080969
Julia Peebles
Federal I.D. No. 3350745
Texas Bar No. 24096131
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone (713) 547-2261
Facsimile (713) 236-5664
Mini.kapoor@haynesboone.com
Julia.peebles@haynesboone.com