United States District Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **LLOYD MICHAEL HAMILTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 6:22-CV-00001** |
| | § | |
| **CONOCOPHILLIPS COMPANY and** | § | |
| **BURLINGTON RESOURCES OIL & GAS** | § | |
| **COMPANY LP,** | § | |
| | § | |
| **Defendants.** | § | |

# FINAL JUDGMENT

In accordance with the Joint Stipulation of Dismissal Without Prejudice filed by the Parties, (Dkt. No. 46), all claims brought by the Plaintiff against the Defendants are **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT.**

Signed on May 30, 2023.

Drew B Tipton

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**