United States District Court
Southern District of Texas
**ENTERED**
June 09, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **LLOYD MICHAEL HAMILTON,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:22-cv-00001** |
| | § | |
| **CONOCOPHILLIPS COMPANY AND** | § | |
| **BURLINGTON RESOURCES OIL** | § | |
| **& GAS COMPANY LP,** | § | |
| | § | |
| ***Defendants.*** | § | |

# ORDER VACATING FINAL JUDGMENT, AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

The Final Judgment of May 30, 2023, (Dkt. No. 47), is **VACATED**.

After considering, and in accordance with the parties' Joint Stipulation of Dismissal Without Prejudice (Dkt. No. 46), the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**DISMISSES THE CASE WITHOUT PREJUDICE**. The clerk is instructed to remove this case from the Court's docket and close it.

SIGNED on June 9, 2023.

Drew B Tipton

DREW B. TIPTON
UNITED STATES DISTRICT JUDGE